UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PIPER LAKAY ELLIS SNOWTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> UNITED STATES OF AMERICA, ET ) <br> AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:19-CV-0981-G (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated May 30, 2019. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

June 13, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**